IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00386-PSF-CBS

THE GATES CORPORATION,

      Plaintiff,

v.

CONTINENTAL AKTIENGESELLSCHAFT;
CONTITECH AKTIENGESELLSCHAFT;
CONTITECH NORTH AMERICA, INC.; and
CRP INDUSTRIES, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate Order Setting Rule 16(b) Scheduling Conference and Rule 26(f) Planning Meeting Pending Service (*doc. no. 5)* is **GRANTED**. The scheduling conference set for April 13, 2007, and all related deadlines, are **VACATED**.

      IT IS FURTHER ORDERED that a status conference has been set for **May 3, 2007, at 2:15 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    March 23, 2007