IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00386-PSF-CBS

THE GATES CORPORATION,

      Plaintiff,

v.

CONTINENTAL AKTIENGESELLSCHAFT;
CONTITECH AKTIENGESELLSCHAFT;
CONTITECH NORTH AMERICA, INC.; and
CRP INDUSTRIES, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Deadline to Serve Defendants (*doc. no. 8)* is **GRANTED**. Pursuant to FED.R.CIV.P. 4(f)(1) Plaintiff has the full 120 days to serve Defendants in the above captioned matter.

      IT IS FURTHER ORDERED that the status conference set for May 3, 2007, is **VACATED** and **RESET** for **July 10, 2007, at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

**DATED:**    March 27, 2007