IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

Civil Action No. 07-cv-00386-PSF-CBS

THE GATES CORPORATION,

    Plaintiff,

v.

CONTINENTAL AKTIENGESELLSCHAFT,
CONTITECH AKTIENGESELLSCHAFT,
CONTITECH NORTH AMERICA, INC.,
AND CRP INDUSTRIES, INC.

    Defendants.

_____

**ORDER TO APPOINT SPECIAL PROCESS SERVICE**
_____

    IT IS HEREBY ORDERED that Plaintiff's Motion to Appoint Special Process Service (*doc. no. 13)* is GRANTED.

    IT IS FURTHER ORDERED that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on Defendants CONTINENTAL AKTIENGESELLSCHAFT and CONTITECH AKTIENGESELLSCHAFT in Germany. Service shall be effected according an any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

DATED at Denver, Colorado, this 17th day of April, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge